**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA

-against-

IGOR KALINITCHEV,

Defendant.

------------------------------------- x

ORDER

18 Cr. 509-9 (GBD)

GEORGE B. DANIELS, United States District Judge:

Attorney Richard J. Ma's request to be re-appointed pursuant to 18 U.S.C. § 3006A as CJA counsel for Defendant in the above-captioned action for the purpose of preparation and submission of a motion for early termination of Defendant's supervised release is GRANTED.

Dated: New York, New York
       December 1, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# RICHARD J. MA, ESQ.
20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

December 1, 2021

*Via E-Mail*

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Igor Kalinitchev*
                 18 Cr. 509 (GBD)

Dear Judge Daniels:

      This correspondence is submitted to respectfully request my re-appointment to this matter pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, for the purpose of preparation and submission of a motion for early termination of Mr. Igor Kalinitchev's supervised release. Because this correspondence addresses issues that relate exclusively to the representation of Mr. Kalinitchev under the CJA, it is made *ex parte*.

      I was previously appointed to represent Mr. Kalinitchev on June 7, 2017. Mr. Kalinitchev ultimately pled guilty and, on October 10, 2019, he was sentenced by you to time-served, with 3 years of supervised release and 500 hours of community service. Mr. Kalinitchev has completed over two years of supervision and now seeks early termination of his supervised release, due to his exceptional conduct, a change in circumstances and in the interest of justice. Thus, I respectfully request my re-appointment to this matter so that I may prepare and submit said motion.

We thank the Court for its attention to this matter.

                                                                             Respectfully submitted,

                                                                             /s/ Richard J. Ma

                                                                             Richard J. Ma, Esq.